**Anita CRANE, Appellant**

v.

**NATIONAL CABLE SATELLITE CORPORATION, Also Known as C–Span, Appellee.**

**No. 07–7119.**

United States Court of Appeals, District of Columbia Circuit.

May 13, 2008.

John F. Karl, Jr., Karl & Tarone, Washington, DC, for Appellant.

Raymond C. Baldwin, David Michael Burns, Seyfarth Shaw LLP, Washington, DC, for Appellee.

Before: SENTELLE, Chief Judge, and RANDOLPH and ROGERS, Circuit Judges.

***JUDGMENT***

This case was considered on the record from the United States District Court for the District of Columbia and on the briefs

filed by the parties. The Court has determined that the issues presented occasion no need for oral argument. *See* D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the judgment of the district court be affirmed.

For the reasons stated in the district court's opinion, plaintiff's Title VII suit is time-barred.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.